MICHELLE RODRIGUEZ
Special Attorney
  to the Attorney General
501 I Street, Suite 10-100
Sacramento, CA  95814
(916) 554-2700

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

2:14-SW-0251 CKD

In Re:                              ) SW NO:
                                    )
Google Email Account.               )
                                    ) MOTION TO SEAL; AND [~~PROPOSED~~] ORDER
                                    )
                                    )
                                    )
                                    )
                                    )

    The United States respectfully moves the Court to seal this Motion, the United States' Application and Affidavit for Authorization to Search, the Order Granting the United States' Application, any other Order ruling on this Motion, the Search Warrant, and any other related paperwork in the above-referenced matter until further Order of this Court.  As grounds, the United States requests that those documents be sealed to avoid prematurely revealing an ongoing investigation and protect evidence, as set forth in the Affidavit in support of the Application for the Search Warrant.

1 | The United States also requests that, notwithstanding any sealing order, the Clerk of Court be required to give copies of the sealed documents to employees of the United States Attorney's Office, and that they be permitted to serve working copies on Special Agents and other investigative and law enforcement officers of FBI and OIG USPS and other federally deputized state and local law enforcement officers, other government and contract personnel acting under the supervision of such investigative or law enforcement officers, and Google Inc. as necessary to effectuate the Court's Order.

DATED:  April 10, 2014

/s/ MICHELLE RODRIGUEZ
Special Attorney to the
U.S. Attorney General

This matter and all related documents are hereby ORDERED sealed, pending further order of this Court.

Dated: 4/10/2014

CAROLYN K ~~DELENAY~~ DELANEY
United States Magistrate Judge

**Carolyn K. Delaney**
**U.S. Magistrate Judge**

///

MOTION AND SEALING ORDER (proposed)                              2