BENJAMIN B. WAGNER
United States Attorney
MICHELLE RODRIGUEZ
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: Sealed Search Warrant | CASE NO. 2:14-SW-00251-CKD<br><br>MOTION TO UNSEAL SEARCH WARRANT, AFFADAVIT AND ATTACHMENTS |

**MOTION**

HEREBY, the United States moves that this Court enter and order to unseal the application, affidavit, and attachments in the above captioned matter. The subject of the underlying investigation, Quan Pham Howard was arrested on 6/24/2014 obviating further need for sealing these documents.

DATED:  July 29, 2014                         BENJAMIN WAGNER
                                              U.S. Attorney

                                           By /s/ Michelle Rodriguez
                                              MICHELLE RODRIGUEZ
                                              Assistant U.S. Attorney

1

BENJAMIN B. WAGNER
United States Attorney
MICHELLE RODRIGUEZ
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: Sealed Search Warrant | CASE NO. 2:14-SW-00251-CKD<br><br>ORDER |

ORDER

The United States' motion to unseal the Search Warrant Application, affidavit, and its attachments in 14-SW-00251-CKD is GRANTED.

Dated: July 29, 2014

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Dad1.crim
Qphoward.0251.ord.unseal